Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
~~Sean~~ Scan Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND SAPP, III,<br><br>            Petitioner,<br>   v.<br><br>TERI GONZALES, Warden,<br><br>            Respondent. | Case No. EDCV 10-1388-JFW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2    Report and Recommendation; and (2) directing that Judgment be entered denying the
3    First Amended Petition and dismissing this action with prejudice.

5    DATED: 12-27-11

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge