Priority
Send
Enter
Closed
~~JS-5~~/JS-6 ✓
JS-2/JS-3
~~Scan~~ Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND SAPP, III,<br><br>Petitioner,<br>v.<br><br>TERI GONZALES, Warden,<br><br>Respondent. | Case No. EDCV 10-1388-JFW (OP)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 12-27-11

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge